IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NOLAN SIDNEY BIESANZ, JR.                                              PLAINTIFF

      v.              Civil No. 09-5087

SHERIFF KEITH FERGUSON, et al.                                        DEFENDANTS

## O R D E R

Now on this 9th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #39), reporting that the parties hereto have settled their differences and recommending that the matter be dismissed with prejudice, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be **adopted in toto.**

**IT IS THEREFORE ORDERED** that plaintiff's Complaint is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**